IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA ALEMAN DE JESUS

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 98-2453(SEC)
Re: Criminal 97-48-1(SEC)

Section 2255

## ORDER APPOINTING COUNSEL
## PURSUANT TO THE CRIMINAL JUSTICE ACT

Having examined petitioner's allegations and the United States' response, we find that the interests of justice require appointment of counsel pursuant to the Criminal Justice Act, as amended, 18 U.S.C. §§ 3006A, et seq. See, Part VIII E of the Plan for Implementing the Criminal Justice Act... (effective October 1, 1995). Specifically, the Court finds that some of petitioner's allegations are fact-bound and require findings based upon matters outside the purview of the record.

The Federal Public Defender shall thus be appointed to represent the petitioner. The Court notes that the Federal Public Defender's Office represented one of petitioner's codefendants. In the event the Federal Public Defender's Office is unable to undertake this appointment, the Clerk is instructed to randomly select counsel from the CJA Panel of attorneys. Such appointment should not befall upon petitioner's prior counsel Ramón A. García, against whom petitioner makes allegations of ineffective assistance of counsel. Further, because this appointment is subject to petitioner's financial eligibility, the Clerk is instructed to mail a copy of this Order to the petitioner together with Form AO-240, which petitioner shall duly complete and file within thirty (30) days from the date of this Order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of September, 2000.

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)