UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA ALEMAN-DE-JESUS
    Petitioner
           v.                  Civil No. 98-2453(SEC)
UNITED STATES OF AMERICA
    Respondent

## ORDER

| MOTION | RULING |
| --- | --- |
| Docket #3<br>Letter pro se by Petitioner seeking to amend or supplement her petition | Amendment granted. |
| Docket #5<br>United States of America's Motion for an Additional Extension of Time to Respond to Petitioner's Motion to Vacate Sentence Under § 2255 | Moot. |
| Docket #11<br>Application to Proceed Without Prepayment of Fees and Affidavit | Granted. |
| Docket #12<br>Informative Motion | Noted. |
| Docket #13<br>Motion Requesting Permission to Travel Outside the Jurisdiction | Granted. |
| Docket #14<br>Motion Requesting Authorization for Payment of Transcript | Granted. The requested transcripts were already produced, see Docket # 4, Margin Order. The Clerk shall provide Petitioner's counsel with a copy of the trial and sentencing transcripts for Defendant Sandra Alemán-de-Jesús in Crim. No. 97-048(SEC). |

DATE: March /2, 2001

SALVADOR E. CASELLAS
United States District Judge

USPO
L. GUZMAN
(3) copy of transc.
By mail 3/13/01