# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA ALEMAN-DE-JESUS | * |
| Petitioner | * 98-2453 |
|  | * Civil No. 98-2353(SEC) |
| v. | * |
| UNITED STATES OF AMERICA | * |
| Respondent | * |

******************************

## ORDER

Petitioner's counsel, appointed pursuant to the CJA, shall keep the Court informed of her efforts to meet with Petitioner and shall file a memorandum of law in conformity with her petition **by April 16, 2001.**

**SO ORDERED.**

In San Juan, Puerto Rico, this _12_ day of March, 2001.

SALVADOR E. CASELLAS
United States District Judge


AO 72A
(Rev.8/82)