IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA ALEMAN-DE-JESUS            *
                                  *
       Plaintiff                  *
                                  *  **Civil No. 98-2453(SEC)**
          v.                      *
                                  *
UNITED STATES OF AMERICA          *
                                  *
       Defendant                  *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter is hereby referred to Magistrate-Judge Castellanos for report and recommendation.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3 day of April, 2001.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)

