IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA ALEMAN DE JESUS,

    Plaintiff

v.                              CIVIL NO. 98-2453 (SEC)
                                  Cr. No. 97-048 (SEC)

UNITED STATES OF AMERICA,

    Defendant

## ORDER

Having examined the Informative Motion of March 22, 2001, (D.E. #17) this magistrate has considered appropriate the appointment of Counsel Gabriel Hernández to substitute Counsel Luis A. Guzmán to represent petitioner.

The Clerk's Office is to notify both attorneys, the U.S. Marshal, as well as petitioner, with copy of this order.

Furthermore, the U.S. Marshal is required to arrange for the transfer of Sandra Alemán de Jesús to this jurisdiction. The Marshal shall notify this magistrate once petitioner is available so that she may be interviewed by new appointed counsel, for the scheduling of the evidentiary hearing, as well as for the issuance and service of any necessary subpoenaes.

A **Status Conference** is scheduled for **May 9, 2001 at 9:00 a.m.** The evidentiary hearing will be scheduled during this conference.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 9, 2001.

                                          J. ANTONIO CASTELLANOS
                                          UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)