IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO




SANDRA ALEMAN DE JESUS,

Plaintiff(s)

v.                                              Civil No. 98-2453(SEC)
                                                Cr. No. 97-48-01(SEC)

UNITED STATES OF AMERICA,

Defendant(s)

## DESCRIPTION OF MOTION

Date Filed: 04-11-01        Docket No.  20        Title:

                                                  Motion for Extension of Time to File
                                                  Memorandum of Law
[ x ] Plaintiff(s)          [ ] Defendant(s)

## ORDER

[ x ] is GRANTED.           ORDER:

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] is OTHER.

Date:  April 18, 2001

                                                  J. Antonio Castellanos
                                                  U.S. Magistrate Judge