IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA ALEMAN DE JESUS,

Plaintiff

v.

UNITED STATES OF AMERICA,

Defendant

CIVIL NO. 98-2453(SEC)
Cr. No. 97-048(SEC)

## STATUS CONFERENCE REPORT

At the Status Conference held today, the parties were represented by Attorney Gabriel Hernández and Assistant U.S. Attorney Sonia Torres.

The parties are expected to inform before the end of the week if an Evidentiary Hearing will become necessary, and if an amended complaint is going to be filed.

In San Juan, Puerto Rico, this 9th day of May, 2001.

J. ANTONIO CASTELLANOS
United States Magistrate Judge

AO 72
(Rev 8/82)