
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA ALEMAN DE JESUS | * |
| | * |
| Petitioner | * |
| | *   Civil No. 98-2453(SEC) |
| v. | * |
| | * |
| UNITED STATES OF AMERICA | * |
| | * |
| Respondent | * |

**********************************

### ORDER

Pending before the Court is Petitioner's motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255. (Docket # 1). After counsel for Petitioner was appointed pursuant to the CJA, (Docket # 9), on April 3, 2001 the above-captioned case was referred to U.S. Magistrate-Judge J.A. Castellanos for a report and recommendation. (Docket # 18). The Magistrate filed his report and recommendation on May 21, 2001. (Docket # 25). In it, the Magistrate informed that at a conference with counsel for Petitioner and the Government:

> [B]oth parties agreed that if an evidentiary hearing would be held, there was sufficient evidence for this magistrate to submit a report to the court that petitioner would be entitled to some form of relief pursuant to her motion under 28 U.S.C. § 2255. . . . As a result, the parties agreed thereafter to enter into a stipulation whereby the most feasible avenue to proceed would be for the court to re-sentence the defendant in Criminal Case No. 97-048(SEC) . . .

(Dkt. 25 at 1). No objections were filed to the Magistrate's report. See P.R. Loc. R. 510.2. Accordingly, after reviewing the same, the Court **APPROVES AND ADOPTS IT** as its own. Petitioner's motion, **(Docket # 1)**, is hereby **GRANTED**. The Court shall proceed to issue a judgment accordingly.

**SO ORDERED.**



AO 72A
(Rev.8/82)

Civil No. 98-2453(SEC)                                                                 2

In San Juan, Puerto Rico, this __18__ day of June, 2001.

*[signature]*
SALVADOR E. CASELLAS
United States District Judge