IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA ALEMAN DE JESUS

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

Civil No. 98-2453(SEC)

### JUDGMENT

Pursuant to the Court's Order of even date, **JUDGMENT IS HEREBY ENTERED** in the following terms:

Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is **GRANTED**. The relief accorded by the Court is to re-sentence Petitioner in Crim. No. 97-048(SEC).

**SO ORDERED.**

In San Juan, Puerto Rico, this _18_ day of June, 2001.

SALVADOR E. CASELLAS
United States District Judge