UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA ALEMAN-DE-JESUS
  Petitioner
        v.                              Civil No. 98-2453(SEC)
UNITED STATES OF AMERICA
  Respondent

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 28** **Motion for an Order to the Probation Office** | **Granted.** The Probation Office shall produce a copy of Sandra Alemán-de-Jesús' pre-sentence report to Att. Gabriel Hernández-Rivera. |

DATE: June 29, 2001

SALVADOR E. CASELLAS
United States District Judge