IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_Sandra Alemán-de-Jesús_
Plaintiff(s)

v.

_United States of America_
Defendant(s)

Civil No. 98-2453 (SEC)

RECEIVED & FILED
01 SEP 28 PM 2:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION |
|---|
| DATE FILED: 9/5/01  DOCKET #: 30  TITLE: Motion for an Order to Probation Office to Prepare a pre-sentence Report under Rule 32 |
| [✓] Plaintiff(s)   [ ] Third Party Defendant(s) |
| [ ] Defendant(s)   [ ] Joint |

DISPOSITION:

[✓] GRANTED         [ ] DENIED

[ ] NOTED           [ ] MOOT

| COMMENTS |
|---|
|  |

26 SEP 01
DATE

SALVADOR E. CASELLAS
United States District Judge

re: 97-48

s/c: USP 9/28/01