UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA ALEMAN DE JESUS
   Plaintiff

         v.             Civil No. 98-2453(SEC)

UNITED STATES OF AMERICA
   Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Docket #32<br>Motion for Leave to File One Interim Voucher | **GRANTED.** Counsel for Plaintiff may file an interim voucher. |

DATE: October 22, 2001

                                            SALVADOR E. CASELLAS
                                            United States District Judge

