IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA ALEMAN DE JESUS

Plaintiff

vs                                               CIVIL CASE #98-2453(SEC)

UNITED STATES OF AMERICA

Defendant

**ORDER**

Having reviewed the request for authorization to file interim voucher number 1 required by counsel for plaintiff, the Court does hereby approve the same.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of December, 2001.

SALVADOR E. CASELLAS
United States District Judge

Approved: _____          Date: _____
Hon. Kermit V. Lipez, Circuit Judge
U.S. Courts of Appeals, First Circuit
Designee of Chief Judge